# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: HALUSKA, ILENE SUSAN | § | Case No. 08-71805 |
| | § | |
| FIELDEN, ILENE SUSAN | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
STEPHEN G. BALSLEY                    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 05/30/2012 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  __/ /_____   By: _____/s/ STEPHEN G. BALSLEY_____
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: HALUSKA, ILENE SUSAN | § | Case No. 08-71805 |
| | § | |
| FIELDEN, ILENE SUSAN | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 5,471.22 |
| *and approved disbursements of* | $ | 207.86 |
| *leaving a balance on hand of* [1] | $ | 5,263.36 |

**Balance on hand:**          $          5,263.36

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $          0.00
Remaining balance:    $     5,263.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,297.12 | 0.00 | 1,297.12 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,300.00 | 0.00 | 1,300.00 |

Total to be paid for chapter 7 administration expenses:    $          2,597.12
Remaining balance:    $          2,666.24

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 2,666.24

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 2,666.24

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,376.25 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 4,305.47 | 0.00 | 137.68 |
| 2 | PYOD LLC its successors and assigns as assignee of | 21,162.51 | 0.00 | 676.74 |
| 3 | CHASE BANK USA, NA | 0.00 | 0.00 | 0.00 |
| 3 -2 | CHASE BANK USA, NA | 13,909.59 | 0.00 | 444.81 |
| 4 | CHASE BANK USA, NA | 0.00 | 0.00 | 0.00 |
| 4 -2 | CHASE BANK USA, NA | 2,222.71 | 0.00 | 71.08 |
| 5 | CHASE BANK USA, NA | 0.00 | 0.00 | 0.00 |
| 5 -2 | CHASE BANK USA, NA | 1,174.72 | 0.00 | 37.57 |
| 6 | Roundup Funding, LLC | 538.80 | 0.00 | 17.23 |
| 7 | American Express Centurion Bank | 27,275.88 | 0.00 | 872.24 |

**UST Form 101-7-NFR (10/1/2010)**

| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | 955.74 | 0.00 | 30.56 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | 11,830.83 | 0.00 | 378.33 |

Total to be paid for timely general unsecured claims: $    2,666.24

Remaining balance: $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $    0.00

Remaining balance: $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $    0.00

Remaining balance: $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 08-71805-MB
Ilene Susan Haluska                                                   Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: cbachman          Page 1 of 2          Date Rcvd: Apr 27, 2012
                             Form ID: pdf006          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2012.
db            #+Ilene Susan Haluska,    1020 W Madison 101,    Pontiac, IL 61764-1685
12311293      +AT&T Mobility,   Bankruptcy Department,   PO Box 6428,    Carol Stream, IL 60197-6428
12311291      +AT&T Universal Card,   Bankruptcy Department,    PO Box 688901,   Des Moines, IA 50368-8901
12311287      +American Express,   Bankruptcy Department,   Box 0001,    Los Angeles, CA 90096-8000
12615997       American Express Centurion Bank,   c o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
12311282      +BP/Chase,   Bankruptcy Department,   PO Box 15325,    Wilmington, DE 19886-5325
14350205       CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
12311284      +CPS/Retail Services,   Attn: Bankruptcy Dept.,    PO Box 17264,   Baltimore, MD 21297-1264
12311289      +Chase,   Bankruptcy Department,   PO Box 15153,    Wilmington, DE 19886-5153
12311292      +Chase,   Bankruptcy Department,   310 N. Randall Rd,    Lake in the Hills, IL 60156-5961
12311281      +Harris Trust,   Attn: Bankruptcy Department,    PO Box 6201,   Carol Stream, IL 60197-6201
12311283      +Macy's/DSNB,   Bankruptcy Department,   PO Box 689195,    Des Moines, IA 50368-9195

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12601287      +E-mail/Text: bncmail@w-legal.com Apr 28 2012 02:57:11      CHASE BANK USA,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12311288       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 28 2012 02:16:47      Discover Card,
               Bankruptcy Department,    PO Box 30395,   Salt Lake City, UT 84130
12532122       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 28 2012 02:16:47
               Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
12835420       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 28 2012 02:13:41
               FIA CARD SERVICES, NA/BANK OF AMERICA,   by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
12546470       E-mail/Text: resurgentbknotifications@resurgent.com Apr 28 2012 00:47:36
               PYOD LLC its successors and assigns as assignee of,    Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
12613708       E-mail/Text: resurgentbknotifications@resurgent.com Apr 28 2012 00:47:36      Roundup Funding, LLC,
               MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                       TOTAL: 6

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12311290*     +Chase,   Bankruptcy Department,   PO Box 15153,   Wilmington, DE 19886-5153
12311286     ##+Bank of America,   Bankruptcy Department,   PO Box 17322,   Baltimore, MD 21297-1322
12311285     ##+Bank of America,   Bankruptcy Department,   PO Box 17309,   Baltimore, MD 21297-1309
                                                                  TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 29, 2012**                     **Signature:**    *Joseph Speetjens*

District/off: 0752-3          User: cbachman          Page 2 of 2          Date Rcvd: Apr 27, 2012
                             Form ID: pdf006          Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2012 at the address(es) listed below:
          Jason K Nielson    on behalf of Debtor Ilene Haluska ndil@geracilaw.com
          Mark E Levine    on behalf of Debtor Ilene Haluska ndil@geracilaw.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephen G Balsley    sbalsley@bslbv.com,  IL47@ecfcbis.com
          Stephen G Balsley    on behalf of Trustee Stephen Balsley sbalsley@bslbv.com
                                                                        TOTAL: 5