**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: HALUSKA, ILENE SUSAN § | Case No. 08-71805 |
| § | |
| FIELDEN, ILENE SUSAN § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $8,786.00                         Assets Exempt: $15,925.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,666.24         Claims Discharged
                                                    Without Payment: $81,910.01

Total Expenses of Administration: $2,804.98

---

   3) Total gross receipts of $   5,471.22   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $5,471.22 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,796.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,158.48 | 2,804.98 | 2,804.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 82,600.00 | 100,683.27 | 83,376.25 | 2,666.24 |
| **TOTAL DISBURSEMENTS** | $87,396.00 | $104,841.75 | $86,181.23 | $5,471.22 |

    4)  This case was originally filed under Chapter 7 on June 09, 2008. The case was pending for 51 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/28/2012           By: /s/STEPHEN G. BALSLEY
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance | 1149-000 | 5,470.00 |
| Interest Income | 1270-000 | 1.22 |
| **TOTAL GROSS RECEIPTS** | | **$5,471.22** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Harris Trust | 4110-000 | 4,796.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$4,796.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,297.12 | 1,297.12 | 1,297.12 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,653.50 | 1,300.00 | 1,300.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.82 | 3.82 | 3.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 4.04 | 4.04 | 4.04 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,158.48 | $2,804.98 | $2,804.98 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 7100-000 | 4,200.00 | 4,305.47 | 4,305.47 | 137.68 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 20,800.00 | 21,162.51 | 21,162.51 | 676.74 |
| 3 | CHASE BANK USA, NA | 7100-000 | N/A | 13,909.59 | 0.00 | 0.00 |
| 3 -2 | CHASE BANK USA, NA | 7100-000 | 13,600.00 | 13,909.59 | 13,909.59 | 444.81 |
| 4 | CHASE BANK USA, NA | 7100-000 | N/A | 2,222.71 | 0.00 | 0.00 |
| 4 -2 | CHASE BANK USA, NA | 7100-000 | 2,000.00 | 2,222.71 | 2,222.71 | 71.08 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | CHASE BANK USA, NA | 7100-000 | N/A | 1,174.72 | 0.00 | 0.00 |
| 5 -2 | CHASE BANK USA, NA | 7100-000 | 1,000.00 | 1,174.72 | 1,174.72 | 37.57 |
| 6 | Roundup Funding, LLC | 7100-000 | 300.00 | 538.80 | 538.80 | 17.23 |
| 7 | American Express Centurion Bank | 7100-000 | 26,800.00 | 27,275.88 | 27,275.88 | 872.24 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 900.00 | 955.74 | 955.74 | 30.56 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 11,800.00 | 11,830.83 | 11,830.83 | 378.33 |
| NOTFILED | 9 Chase Bankruptcy Department | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | 12 Macy's/DSNB Bankruptcy Department | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | 10 CPS/Retail Services | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $82,600.00 | $100,683.27 | $83,376.25 | $2,666.24 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-71805  
**Case Name:** HALUSKA, ILENE SUSAN  

**Period Ending:** 08/28/12

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 06/09/08 (f)  
**§341(a) Meeting Date:** 08/07/08  
**Claims Bar Date:** 11/12/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Checking account - McHenry Credit Union | 1.00 | 0.00 | DA | 0.00 | FA |
| 2 | Security deposit with landlord | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Books, CD's, tapes, records, family pictures | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry | 35.00 | 0.00 | DA | 0.00 | FA |
| 7 | Digital camera, bike | 25.00 | 0.00 | DA | 0.00 | FA |
| 8 | Whole life insurance policy | 2,575.00 | 0.00 | DA | 0.00 | FA |
| 9 | Inheritance<br>Order entered April 4, 2012 abandoning the Bankruptcy Estate's remaining interest in the inheritance. | 16,667.00 | 0.00 | | 5,470.00 | FA |
| 10 | 2003 Pontiac Grand Am | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Family pets | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.22 | FA |
| 12 | **Assets** **Totals** (Excluding unknown values) | **$25,453.00** | **$0.00** | | **$5,471.22** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** January 30, 2009    **Current Projected Date Of Final Report (TFR):** April 19, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-71805  
**Case Name:** HALUSKA, ILENE SUSAN  
**Taxpayer ID #:** **-***2184  
**Period Ending:** 08/28/12  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****97-65 - Money Market Account  
**Blanket Bond:** $296,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/17/10 | {9} | Estate of Anna M. Martin | Unsupervised estate of Anna M. Martin | 1149-000 | 2,470.00 | | 2,470.00 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 2,470.02 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,470.13 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 2,470.14 |
| 04/06/10 | | Wire out to BNYM account 9200******9765 | Wire out to BNYM account 9200******9765 | 9999-000 | -2,470.14 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -2,470.14 | 0.00 | |
| **Subtotal** | 2,470.14 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,470.14** | **$0.00** | |

{} Asset reference(s)          Printed: 08/28/2012 02:12 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-71805 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | HALUSKA, ILENE SUSAN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******97-65 - Checking Account |
| Taxpayer ID #: | **-***2184 | | Blanket Bond: | $296,000.00   (per case limit) |
| Period Ending: | 08/28/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | 9999-000 | 2,470.14 | | 2,470.14 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.11 | | 2,470.25 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.15 | | 2,470.40 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.14 | | 2,470.54 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.15 | | 2,470.69 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.14 | | 2,470.83 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,470.85 |
| 10/22/10 | {9} | Estate of Anna M. Martin | Unsupervised Estate of Anna M. Martin | 1149-000 | 1,000.00 | | 3,470.85 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,470.87 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,470.89 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,470.91 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,470.93 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,470.95 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,470.97 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,470.99 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,471.01 |
| 05/31/11 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #08-71805 | 2300-000 | | 3.82 | 3,467.19 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,467.21 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,467.23 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4.04 | 3,463.19 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,463.21 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,438.21 |
| 09/06/11 | {9} | Estate of Anna M. Martin | Unsupervised Estate of Anna M. Martin | 1149-000 | 2,000.00 | | 5,438.21 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,438.24 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,413.24 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,413.27 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,388.27 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,388.30 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,363.30 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,363.33 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,338.33 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,338.36 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,313.36 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,288.36 |

Subtotals :    $5,471.22    $182.86

{} Asset reference(s)    Printed: 08/28/2012 02:12 PM    V.13.02

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-71805  
**Case Name:** HALUSKA, ILENE SUSAN  

**Taxpayer ID #:** **-***2184  
**Period Ending:** 08/28/12  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******97-65 - Checking Account  
**Blanket Bond:** $296,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,263.36 |
| 05/30/12 | 11002 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,300.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,300.00 | 3,963.36 |
| 05/30/12 | 11003 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,297.12, Trustee Compensation;  Reference: | 2100-000 | | 1,297.12 | 2,666.24 |
| 05/30/12 | 11004 | Discover Bank/DFS Services LLC | Dividend paid   3.19% on $4,305.47; Claim# 1; Filed: $4,305.47; Reference: | 7100-000 | | 137.68 | 2,528.56 |
| 05/30/12 | 11005 | PYOD LLC its successors and assigns as assignee of | Dividend paid   3.19% on $21,162.51; Claim# 2; Filed: $21,162.51; Reference: | 7100-000 | | 676.74 | 1,851.82 |
| 05/30/12 | 11006 | CHASE BANK USA, NA | Dividend paid   3.19% on $13,909.59; Claim# 3 -2; Filed: $13,909.59; Reference: | 7100-000 | | 444.81 | 1,407.01 |
| 05/30/12 | 11007 | CHASE BANK USA, NA | Dividend paid   3.19% on $2,222.71; Claim# 4 -2; Filed: $2,222.71; Reference: | 7100-000 | | 71.08 | 1,335.93 |
| 05/30/12 | 11008 | CHASE BANK USA, NA | Dividend paid   3.19% on $1,174.72; Claim# 5 -2; Filed: $1,174.72; Reference: | 7100-000 | | 37.57 | 1,298.36 |
| 05/30/12 | 11009 | Roundup Funding, LLC | Dividend paid   3.19% on $538.80; Claim# 6; Filed: $538.80; Reference: | 7100-000 | | 17.23 | 1,281.13 |
| 05/30/12 | 11010 | American Express Centurion Bank | Dividend paid   3.19% on $27,275.88; Claim# 7; Filed: $27,275.88; Reference: | 7100-000 | | 872.24 | 408.89 |
| 05/30/12 | 11011 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid   3.19% on $955.74; Claim# 8; Filed: $955.74; Reference: | 7100-000 | | 30.56 | 378.33 |
| 05/30/12 | 11012 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid   3.19% on $11,830.83; Claim# 9; Filed: $11,830.83; Reference: | 7100-000 | | 378.33 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,471.22 | 5,471.22 | $0.00 |
| | | | Less: Bank Transfers | | 2,470.14 | 0.00 | |
| | | | **Subtotal** | | 3,001.08 | 5,471.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,001.08** | **$5,471.22** | |

{} Asset reference(s)

Printed: 08/28/2012 02:12 PM     V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 08-71805 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | HALUSKA, ILENE SUSAN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******97-65 - Checking Account |
| Taxpayer ID #: | **-***2184 | | Blanket Bond: | $296,000.00   (per case limit) |
| Period Ending: | 08/28/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****97-65 | 2,470.14 | 0.00 | 0.00 |
| Checking # 9200-******97-65 | 3,001.08 | 5,471.22 | 0.00 |
| | $5,471.22 | $5,471.22 | $0.00 |

{} Asset reference(s)

Printed: 08/28/2012 02:12 PM    V.13.02